KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
E-mail: koenigsbergm@gtlaw.com

Attorneys for Defendants, INDRU KRIPLANI and
PRAMILA KRIPLANI, INDIVIDUALLY, AND AS
TRUSTEES OF THE KRIPLANI FAMILY TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>INDRU KRIPLANI AND PRAMILA KRIPLANI, each Individually and each as Trustees of the Kriplani Family Trust, under provisions of a Trust Agreement, dated January 5, 1984; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:06-CV-02055-RRB-GGH<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED**, pursuant to FRCP 41(a)(1) that Plaintiff, SCOTT N. JOHNSON and Defendants, INDRU KRIPLANI AND PRAMILA KRIPLANI, individually, and as Trustees of the KRIPLANI FAMILY TRUST, by and through their attorneys, stipulate and agree that the above matter may be dismissed as to all claims and all defendants, with prejudice.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  Each party is to bear their own fees and costs.

2

3  DATED:  February ___, 2008          LAW OFFICES OF SCOTT N. JOHNSON

4

5

6                                       By:_____
                                              SCOTT N. JOHNSON
7

8  DATED:  February ___, 2008          GREENBERG TRAURIG, LLP

9

10

11                                      By:_____
                                              KATHLEEN E. FINNERTY
12                                            MARC B. KOENIGSBERG
                                              Attorney for Defendants
13

14

**IT IS SO ORDERED.**

15

16  DATED:  02/28/2008

17                                      /s/ Ralph R. Beistline_____
                                        RALPH R. BEISTLINE
18                                      United States District Judge

19

20

21

22

23

24

25

26

27

28
                                        2
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
**Error! Unknown document property name.**

PDF created with pdfFactory trial version www.pdffactory.com